

# Fourth Court of Appeals
## San Antonio, Texas

April 20, 2022

No. 04-22-00174-CV

Antonio G. **CANTU**,
Appellant

v.

**BEXAR COUNTY APPRAISAL DISTRICT** and Michael Amezquita,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI22041
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On March 25, 2022, appellant Antonio G. Cantu filed a notice of appeal challenging the trial court's order granting Bexar Appraisal District's plea to the jurisdiction and Michael Amezquita's motion to dismiss. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a). The clerk of the court notified the appellant in writing stating the certificate of service attached to the notice of appeal filed in this appeal does not certify any court reporter was served. The clerk instructed the appellant to file an amended notice of appeal by April 7, 2022, certifying proper service on the responsible court reporter(s). An amended notice of appeal has not been filed.

We therefore **order** appellant to file an amended notice of appeal in compliance with section 51.017(a) of the Texas Civil Practice and Remedies Code **by May 2, 2022**.

On April 5, 2022, the district clerk filed a notification of late record, stating the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant was not entitled to appeal without paying the fee.

We therefore **order** appellant to provide written proof to this court stating either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee **by May 2, 2022**. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Finally, on April 8, 2022, appellant filed a motion requesting: (1) permission to withdraw as appellate counsel and (2) "a stay of proceedings to permit orderly substitution of counsel." In the motion, counsel states another attorney, Misty A. Hataway-Cone, has filed a notice of appearance and will be substituting as counsel of record for appellant. After consideration, we **grant** the motion to withdraw. We **deny** the request for a stay without prejudice to seek relief from the trial court regarding the underlying proceeding. Counsel is reminded if she needs more time to comply with the deadlines set forth in this order, she may file a motion for extension of time in compliance with Texas Rule of Appellate Procedure 10.5(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court